Motion To Temp Seal

Please PLEASE give me 7 Days To Redact PII. PLEASE Provide A Temporary Seal of my complaint. But please provide A Permant Seal For evidence Attached. I live in Alexandria, City. I have to mail A Redacted Public Facing Copy of the complaint.

*[signed: SD]*

FILED FEB 27 2026 CLERK, U.S. DISTRICT COURT RICHMOND, VA